IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN PATRICK KLINE,<br><br>Defendant. | CR 20–12–BU–DLC<br><br><br><br>ORDER |

　　Before the Court is Defendant Justin Patrick Kline's Unopposed Motion to Continue Trial. (Doc. 15.) Kline asks the Court to continue trial and all associated deadlines in this matter, including the pretrial motions deadline. The Court is not adverse to granting the relief requested, but it requires additional information. Kline represents that he waives his speedy trial rights, but it is unclear for how long, and he does not inform the Court how much time he needs to research and address a newly discovered legal issue. The Court will consider a new motion if this information is included.

　　Accordingly, IT IS ORDERED that the motion (Doc. 15) is DENIED, subject to renewal.

　　DATED this 25th day of August, 2020.

_____
Dana L. Christensen, District Judge
United States District Court