IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-12-BU-DLC |
| Plaintiff, | |
| vs. | ORDER CONCERNING PLEA |
| JUSTIN PATRICK KLINE, | |
| Defendant. | |

The Defendant appeared before me for a change of plea hearing on September 29, 2020. After examining the Defendant under oath, it became clear that issues remained to be resolved as to whether the Defendant is subject to an enhanced penalty identified in the Armed Career Criminal Act, 18 U.S.C. § 924(e). *See*, Doc. 19. I found the Defendant was not fully informed as to the consequences of pleading guilty to the criminal offense charged against him, and discontinued the hearing. The parties indicated that they will request the District Court resolve whether the Title 18 enhanced penalty applies to the Defendant.

DATED this 29th day of September, 2020.

Kathleen L. DeSoto
United States Magistrate Judge