IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN PATRICK KLINE,<br><br>Defendant. | CR 20–12–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 46.) On October 22, 2020, Defendant Justin Patrick Kline pled guilty to the sole count of the Superseding Information (Doc. 32), which charged him with receipt of a firearm and ammunition with intent to commit a felony, in violation of 18 U.S.C. § 924(b). (Docs. 41.) The Superseding Information also contained a forfeiture allegation. (Doc. 32 at 2.) Mr. Kline's guilty plea provides a factual basis and sufficient cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d) and Federal Rule of Criminal Procedure 32.2(b)(2).

Accordingly, IT IS ORDERED that the United States' motion (Doc. 46) is GRANTED.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. § 924(d), Mr. Kline's interest in the following property is forfeited to the United States:

1

- Sun City Machinery Co. (Importer Savage Arms, Inc.), model Stevens model 320, 12 gauge slide-action shotgun (serial number 160518K); and

- 504 rounds of assorted ammunition.

IT IS FURTHER ORDERED that the United States Marshals Service and the Bureau of Alcohol, Tobacco, Firearms, and Explosives are directed to seize the property subject to forfeiture and further to make a return as provided by applicable law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon the United States satisfaction of the above-mentioned requirements and adjudication of all asserted third-party interests in the above-described property, if any, the Court will enter a final order of forfeiture.

DATED this 6th day of November, 2020.

_____
Dana L. Christensen, District Judge
United States District Court