IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN PATRICK KLINE,<br><br>Defendant. | CR 20–12–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Final Order of Forfeiture. (Doc. 60.) On November 6, 2020, this Court entered a preliminary order of forfeiture, forfeiting Defendant Justin Patrick Kline's interest in: (1) a Sun City Machinery Co. (Importer Savage Arms, Inc.), model Stevens model 320, 12 gauge slide-action shotgun (serial number 160518K); and (2) 504 rounds of assorted ammunition. (Doc. 49.) Mr. Kline's brother was notified of the instant forfeiture proceedings, given the belief that he may have an ownership interest in the forfeited property, but he did not timely initiate ancillary proceedings. (Doc. 60 at 2–3.)

Accordingly, IT IS ORDERED that the motion (Doc. 60) is GRANTED.

IT IS FURTHER ORDERED that judgment of forfeiture in the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party: (1) a Sun City Machinery Co. (Importer

1

Savage Arms, Inc.), model Stevens model 320, 12 gauge slide-action shotgun (serial number 160518K); and (2) 504 rounds of assorted ammunition.

IT IS FURTHER ORDERED that the United States has full and legal title to the foregoing property and may dispose of it in accordance with the law.

DATED this 13th day of May, 2021.

_____
Dana L. Christensen, District Judge
United States District Court